**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DAVEION BRESHOD AUSTIN,**

    **Petitioner,**

**v.**                              **Case No. 4:26cv003-MCR/MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation on January 7, 2026. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The Clerk is directed to transfer the case, including any pending motions, to the Middle District of Florida and to close the file.

**DONE AND ORDERED** this 24th day of March 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**